UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :
: 3:24-CR- 67
v. :
: (Judge Mannion)
ADONY RIVERA-CORTORREAL :
      Defendant. :

### INDICTMENT

**THE GRAND JURY CHARGES:**

FILED
SCRANTON
MAR 19 2024
PER_____
DEPUTY CLERK

### COUNT 1
8 U.S.C. § 1326
(Illegal Reentry)

On or about March 2, 2023, in Susquehanna County, Pennsylvania, within the Middle District of Pennsylvania, the defendant,

**ADONY RIVERA-CORTORREAL,**

an alien, unlawfully entered and was found in the United States in Susquehanna County, Pennsylvania, after having been convicted of a felony offense, to wit: criminal possession of a controlled substance, arrested and subsequently removed from the United States pursuant to law on or about April 2, 2019, at or near Alexandria, Louisiana, without

first having obtained permission for re-entry into the United States as required by law.

All in violation of Title 8, United States Code, Sections 1326(a), (b)(1), and Title 6, United States Code, Sections 202(3) and (4) and 557.

A TRUE BILL

GERARD M. KARAM  
United States Attorney

_____  
FOREPERSON

*/s/ Kyle A. Moreno*  
KYLE A. MORENO  
Assistant United States Attorney

3-19-24  
Date